# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:26-cr-10 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| JULIUS DESAN WILLIAMS | ) | Magistrate Judge Mike Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One in the Indictment; (2) accept Defendant's guilty plea to Count One in the Indictment; (3) adjudicate Defendant guilty of Count One in the Indictment; (4) defer a decision on whether to accept the plea agreement [Doc. 14] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 21]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 21] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One in the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One in the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One in the Indictment;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **September 18, 2026, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

_/s/ Travis R. McDonough_
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**